IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| QUIKDINE.COM, INC., | ) |
| Plaintiff, | ) |
| | ) Case No. 18-cv-3401 |
| v. | ) |
| | ) (Removed from the Circuit Court of Greene |
| DOORDASH, INC. | ) County, Missouri; No. 1831-CC01456) |
| Defendant. | ) |

**DECLARATION OF TIMOTHY R. WEST IN SUPPORT OF
DEFENDANT'S NOTICE OF REMOVAL**

I, Timothy R. West, hereby declare:

1. I am a partner at Berkowitz Oliver LLP and am one of the attorneys representing Defendant DoorDash, Inc. ("DoorDash") in this action. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify competently to them.

2. Attached as **Exhibit A** is a true and correct copy of the summons and Petition for Damages ("Petition") filed in *Quikdine.com, Inc. v. DoorDash, Inc.*, Case No. 1831-CC01456, in the Circuit Court of Greene County, Missouri. On November 6, 2018, the summons and Petition were served by process server on DoorDash's registered agent for the State of Missouri.

3. DoorDash did not receive any other process, pleadings, or orders by process server or any other means from plaintiff Quikdine.com, Inc. ("Quikdine").

4. The records of the Missouri Secretary of State show that Quikdine is incorporated under the laws of Missouri. Attached as **Exhibit B** is a true and correct copy of the business listing for Quikdine obtained from the website of the Missouri Secretary of State.

1

5. The records of the Missouri Secretary of State show that DoorDash is not incorporated under the laws of Missouri. Attached as **Exhibit C** is a true and correct copy of the business listing for DoorDash obtained from the website of the Missouri Secretary of State.

EXECUTED at Kansas City, Missouri this 5th day of December, 2018.

*Timothy R. West*
Timothy R. West, MO Bar #52187

# EXHIBIT A



# IN THE 31ST JUDICIAL CIRCUIT, GREENE COUNTY, MISSOURI

| Judge or Division:<br>JASON R BROWN | Case Number: 1831-CC01456 |
|---|---|
| Plaintiff/Petitioner:<br>QUIKDINE.COM INC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>KENNETH N CALDWELL<br>605 W. 47TH STREET<br>SUITE 350<br>KANSAS CITY, MO 64112 |
| Defendant/Respondent:<br>DOORDASH INC | Court Address:<br>JUDICIAL COURTS FACILITY<br>1010 N BOONVILLE AVE<br>SPRINGFIELD, MO 65802 |
| Nature of Suit:<br>CC Other Tort | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: DOORDASH INC
Alias:
R/A REGISTERED AGENTS SOLUTION
3225 - A EMERALD LANE
JEFFERSON CITY, MO 65109

**COURT SEAL OF GREENE COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____11/5/2018_____     _____/s/Thomas R. Barr by KJ_____
Date                                          Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____           _____
Printed Name of Sheriff or Server      Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____
                                    Date                          Notary Public

**Sheriff's Fees, if applicable**
Summons                                   $_____
Non Est                                      $_____
Sheriff's Deputy Salary
Supplemental Surcharge        $ 10.00
Mileage                                      $_____ (____ miles @ $____ per mile)
Total                                          $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) For Court Use Only: Document Id # 18-SMCC-2622   1 of 1   Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:18-cv-03401-MDH   Document 1-1   Filed 12/05/18   Page 4 of 16

IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

| | |
|---|---|
| QUIKDINE.COM, INC.            ) | |
|             ) | |
|          Plaintiff,    ) | |
|             ) | Case No. |
| v.             ) | |
| DOORDASH, INC.         ) | |
|    Serve Registered Agent:    ) | |
|    Registered Solutions, Inc.   ) | |
|    3225 - A Emerald Lane      ) | |
|    Jefferson City, MO 65109   ) | |
|          Defendants.    ) | |

## PETITION FOR DAMAGES

COMES NOW the Plaintiff, Quikdine.com, Inc. ("Quikdine"), by and through its attorney, Kenneth N. Caldwell of the Caldwell Law Firm, P.C. and for its Petition for Damages against Defendants hereby states and alleges as follows:

### PARTIES

1. Plaintiff is now, and at all times relevant hereto was, a corporation with its principal offices in the City of Springfield, County of Greene, State of Missouri.

2. Upon information and belief, Defendant Doordash, Inc. ("Doordash"), is now, and at all times relevant hereto was, a Missouri corporation formed on September 26, 2017.

### ALLEGATIONS

3. The Plaintiff is a company involved in the business of restaurant food delivery in Greene County, State of Missouri and has been in existence and operating since the year 2000.

1

Electronically Filed - Greene - November 02, 2018 - 12:44 PM

The Plaintiff does much of its advertising and attracts many of its customers through searches conducted on the internet.

4. Defendant Doordash, Inc. is also a company involved in the business of restaurant food delivery in Greene County, State of Missouri. Doordash was formed in 2017 and is now a competitor of Plaintiff in the Springfield, Missouri area. Defendant Doordash also does much of its advertising and acquires many of its customers from internet searches.

5. Doordash's parent company does business in many cities throughout the country and is expanding its restaurant food delivery business into new markets.

## COUNT 1
## UNFAIR COMPETITION

6. Plaintiffs hereby incorporate by reference all of the previous paragraphs of this Petition as if fully set forth herein at this point.

7. Defendant Doordash's business model in the city of Springfield involves setting up Google business power listings that mimic and appear to be a restaurant's own business listing that identifies Doordash as the delivery service connected with the advertised restaurant.

8. A Google business power listing is generally an advertisement on the internet (accessible by a Google search), by a business that identifies the business's location, provides information about the business such as restaurant menus, and other relevant information concerning its products and services.

9. In Doordash's case, Doordash creates a Google power listing on behalf of an individual restaurant and lists itself as the delivery service for the restaurant.

10. To a google searcher and a prospective customer of a food delivery service, the listing appears to be that of the restaurant itself. For the most part, Doordash's power listing for

Electronically Filed - Greene - November 02, 2018 - 12:44 PM

any particular restaurant, with some exceptions, is without approval or consent of the designated restaurant and without any authority to advertise on behalf of a particular restaurant.

11. The Doordash restaurant advertisements are blatantly misleading to the public, in that the advertisement appears to be an advertisement placed by the restaurant, and does not identify that it is an advertisement by Doordash without authority from the restaurant itself.

12. Doordash advertises its services in a way that deceives or misleads prospective customers of Plaintiff and prospective customers of restaurants for which Doordash claims to be the delivery service of choice.

13. The Plaintiff has been and continues to be damaged by Doordash's misleading and deceptive advertisements that Doordash is a delivery service of choice for Springfield restaurants when in fact the Plaintiff has had established business relationships with many of the local restaurants identified in Doordash's listings for years, in some cases to the exclusion of other competing services.

14. Upon information and belief, Doordash's misleading and false advertising constitutes common law unfair competition under Missouri law.

15. As a result of Doordash's misleading, deceptive and false advertising, the Plaintiff has suffered and will continue to suffer damages proximately caused by the Defendant's deceptive conduct.

16. The Plaintiff has incurred attorney's fees and costs in bringing this claim and is entitled to be reimbursed for its reasonable attorney's fees and costs.

## COUNT 2
## INJUNCTIVE RELIEF

17. Plaintiffs hereby incorporate by reference all of the previous paragraphs of this Petition as if fully set forth herein at this point.

18. The Plaintiff hereby seeks a preliminary and permanent injunction against Doordash, Inc. and those acting in concert with it from engaging in deceptive advertising on behalf of local restaurants without their permission. The Plaintiff does not have any adequate remedy at law to stop Defendant's unfair advertising activities in attempt to monopolize the local market.

## PRAYER

WHEREFORE, Plaintiff respectfully requests judgment as follows:

a) For temporary and permanent injunctive relief;

b) For compensatory damages in excess of $25,000;

c) For costs of suit and prejudgment interest;

d) For reasonable attorney's fees;

e) For any additional relief that the court deems just and proper in the premises.

## DEMAND FOR JURY TRIAL

Plaintiff requests a jury trial on all triable issues.

> CALDWELL LAW FIRM, PC.
> By: s/Kenneth N. Caldwell
> Kenneth N. Caldwell, MO #65443
> 1201 NW Briarcliff Parkway, 2nd Floor
> Kansas City, MO 64116
> 816/673-7655
> kcaldwell@caldwell-law-firm.com
> ATTORNEY FOR PLAINTIFF

IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

| | |
|---|---|
| QUIKDINE.COM, INC. | ) |
|                           Plaintiff, | ) Case No. |
| v. | ) |
| DOORDASH, INC.<br>   Serve Registered Agent:<br>   Registered Solutions, Inc.<br>   3225 - A Emerald Lane<br>   Jefferson City, MO 65109 | ) |
|                           Defendants. | ) |

### MOTION FOR APPROVAL AND APPOINTMENT OF PRIVATE PROCESS SERVER

COMES NOW Plaintiff, by and through its attorney of record, and for its Motion for Approval/ Appoint of Private Process Server, and requests that D&B Legal Services, Inc.: Legal Names (s):
who are qualified persons to serve process, are not parties and are not less than eighteen (18) years of age, as private process servers in the above cause to serve process in this case.

Jamie Andrews PPS18-0073
Larry Beerbower, JR PPS18-0644
Bernard Beletsky PPS18-0001
Debra Beverlin PPS18-0002
Gary Beverlin PPS18-0003
T. Eddie Bogue PPS18-0004
Arthur Boyer PPS18-0690
Mark Braden PPS18-0702
Scott Brady PPS18-0005
Jeffrey Brown PPS18-0006
Hester Bryant PPS18-0074
Nicole Bucklew PPS18-0445
Corinna Celoso PPS18-0075
Carrol Christian PPS18-0109
Michael Conklin PPS18-0111
Greg Coon PPS18-0686
Aaron Craig PPS18-0668
Ryan Crandall PPS18-0008
Jennifer Dale PPS18-0009
Norman Diggs PPS18-0114
Tonya Elkins PPS18-0076
Michael Felton PPS18-0078
Cassie Felton PPS18-0077
William Ferrell PPS18-0010
Rhonda Fletcher PPS18-0079
Edward Forman PPS18-0119
Kenneth Fountain PPS18-0646
Jim Frago PPS18-0011
Lisa Gallinger PPS18-0012
Andrew Garza PPS18-0013
James Hannah PPS18-0014
Rufus Harmon PPS18-0015
Douglas Hays PPS18-0122
Jeff Henderson PPS18-0123

Sharon Hendrickson PPS18-0016
Daryl Hendrix PPS18-0124

Natalie Hawks PPS18-0080
Wendy Hilgenberg PPS18-0081
James Hise PPS18-0017
Richard Hopson PPS18-0018
Jessica Jenkins PPS18-0021
Betty Johnson PPS18-0022
Darrell Johnson PPS18-0082
Edward Johnson PPS18-0023
James Johnson PPS18-0024
Mike Johnson PPS18-0333
Patrick Jones PPS18-0025
Brent Kirkhart PPS18-0026
Janice Kirkhart PPS18-0027
Tyler Kirkhart PPS18-0649
Gregory Lanham PPS18-0682
Richard Langdon PPS18-0028
Damon Lester PPS18-0692
John Logan PPS18-0029
Bert Lott PPS18-0263
Daniel Maglothin PPS18-0084
Deborah Martin PPS18-0031
Michael Martin PPS18-0032
Kenneth Marshall PPS18-0618
Casey McKee PPS18-0085
Austin McVay PPS18-0086
Patricia Medley PPS18-0033
James Morrison PPS18-0641
Jason Moody PPS18-0620
Cassandra Musick PPS18-0688
James Myers PPS18-0089
Andrew Myers PPS18-0087

Stephanie Myers PPS18-0090
Frederick Myers PPS18-0088
Jeremy Nicholas PPS18-0146
Carla Niekamp PPS18-0494
Michael Noble PPS18-0286

Greg Noll PPS18-0036
Robert O'Sullivan PPS18-0091
Jesse Pantaleo PPS18-0037
Carol Perry PPS18-0038
Charles Perry PPS18-0039
Robert Peters PPS18-0150
Dee Powell PPS18-0042
William Powell PPS18-0043
Kim Presler PPS18-0044
Marcus Presler PPS18-0092
Mark Rauss PPS18-0700
Richard Raymond PPS18-0045
Kim Rice PPS18-0046
Marybeth Rice PPS18-0047
Jorge Rivera PPS18-0651
Sammie Robinson PPS18-0096
Edna Russell PPS18-0050
Brenda Schiwitz PPS18-0051
Michael Siegel PPS18-0097
Joe Sherrod PPS18-0162
Laura Skinner PPS18-0052
Thomas Skinner PPS18-0053
Ronald Slingerland PPS18-0054
Anthony Spada PPS18-0362
Randy Stone PPS18-0163
Darren Thebeau PPS18-0056
Eelinh Torell PPS18-0167
Lucas Traugott PPS18-0168
Ryan Weekley PPS18-0057

Andrew Wheeler PPS18-0058
Jerry Whitworth PPS18-0634
Shannon Whitworth PPS18-0635
Andrew Wickliffe PPS18-0059
Norman Wiley PPS18-0060
Debra Woodhouse PPS18-0098
Stan Yoder PPS18-0175

Electronically Filed - Greene - November 02, 2018 - 12:46 PM

By:_____

### ORDER

It is hereby ordered that the Plaintiff's Motion for Approval and Appointment of private process server is granted and the above-named individuals are hereby approved and appointed to serve process in the above-captioned matter.

Date: **November 5, 2018**         /s/Thomas R. Barr by KJ
Judge or Clerk                     (Circuit Clerk)

3

# EXHIBIT B




# Gen. Business - For Profit Details as of 11/26/2018

*Required Field

- Business Entity Fees & Forms
- Business Entity FAQ
- Business Entity Home Page
- Business Entity Online Filing
- Business Outreach Office
- Business Entity Contact Us
- UCC Online Filing
- Secretary of State Home Page

**File Documents** - select the filing from the "Filing Type" drop-down list, then click FILE ONLINE.
**File Registration Reports** - click FILE REGISTRATION REPORT.
**Copies or Certificates** - click FILE COPIES/CERTIFICATES.

**RETURN TO SEARCH RESULTS**

**ORDER COPIES/ CERTIFICATES**

Select filing from the list.
Filing Type: Acceptance of a General Bus   select

**FILE ONLINE**

- General Information
- Filings
- Address
- Contact(s)

| | | | |
|---|---|---|---|
| Name(s) | QUIKDINE.COM, INC. | Address | 4140 S. Fairview Suite 104 Springfield, MO 65807 |
| Type | Gen. Business - For Profit | Charter No. | 00490782 |
| Domesticity | Domestic | | |
| Registered Agent | Ruggeri, Randy 4140 S. Fairview Suite 104 Springfield, MO 65807 | Status | Good Standing |
| | | Date Formed | 12/7/2000 |
| Duration | Perpetual | | |
| Renewal Month | March | | |
| Report Due | 6/30/2019 | | |

## Filed Documents as of 11/26/2018 12:12 PM

☑ Show Registration Reports

| Action | Type | Filing Type | Date Filed | Effective Date |
|---|---|---|---|---|
| View Document | Registration Reports | Annual Registration Report | 5/15/2018 | 5/15/2018 |
| View Document | Registration Reports | Annual Registration Report | 6/12/2017 | 6/12/2017 |
| View Document | Registration Reports | Annual Registration Report | 8/16/2016 | 8/16/2016 |
| View Document | Administrative - Reminders | Reminder Notice to File the Registration Report | 8/10/2016 | 8/10/2016 |
| View Document | Registration Reports | Annual Registration Report | 9/3/2015 | 9/3/2015 |
| View Document | Administrative - Reminders | Reminder Notice to File the Registration Report | 8/20/2015 | 8/20/2015 |
| View Document | Registration Reports | Annual Registration Report | 2/13/2015 | 2/13/2015 |
| View Document | Registration Reports | Annual Registration Report | 1/20/2014 | 1/20/2014 |
| View Document | Registration Reports | Annual Registration Report | 1/17/2013 | 1/17/2013 |
| View Document | Registration Reports | Annual Registration Report | 2/1/2012 | 2/1/2012 |

**Data pager**

Change page:
Page **1** of **3**, items **1** to **10** of **23**.

## Address

☐ Show Previous Address

| Type | Address | Since | To |
|---|---|---|---|
| Principal Office | 4140 S. Fairview Suite 104 Springfield, MO 65807 | 2/13/2015 | |
| Reg. Office | 4140 S. Fairview Suite 104 Springfield, MO 65807 | 12/7/2000 | |

**Contact(s)**  ☐ Show Previous Contact(s)

| Type | Name | Address | Phone | Email | Since | To |
|------|------|---------|-------|-------|-------|-----|
| No records to display. | | | | | | |

**The information contained on this page is provided as a public service, and may change at any time. The State, its employees, contractors, subcontractors or their employees do not make any warranty, expressed or implied, or assume any legal liability for the accuracy, completeness or usefulness of any information, apparatus, product or process disclosed or represent that its use would not infringe on privately-owned rights.**

# EXHIBIT C





# Gen. Business - For Profit Details as of 11/26/2018

**File Documents** - select the filing from the "Filing Type" drop-down list, then click FILE ONLINE.
**File Registration Reports** - click FILE REGISTRATION REPORT.
**Copies or Certificates** - click FILE COPIES/CERTIFICATES.

RETURN TO **SEARCH RESULTS**

Select filing from the list.
Filing Type: Amended Articles Accepting Professional Corp

FILE **ONLINE**

ORDER COPIES/ **CERTIFICATES**

General Information | Filings | Address | Contact(s)

Name(s) **DOORDASH, INC.**
Type **Gen. Business - For Profit**
Domesticity **Foreign**
Registered Agent **REGISTERED AGENT SOLUTIONS, INC.**
3225 - A Emerald Lane
Jefferson City, MO 65109

Address **901 Market Street**
**Suite 600**
**San Francisco, CA 94103**
Charter No. **F001328141**
Home State **DE**
Status **Good Standing**
Date Formed **9/26/2017**

Duration **Perpetual**
Report Due **12/31/2018**

The information contained on this page is provided as a public service, and may change at any time. The State, its employees, contractors, subcontractors or their employees do not make any warranty, expressed or implied, or assume any legal liability for the accuracy, completeness or usefulness of any information, apparatus, product or process disclosed or represent that its use would not infringe on privately-owned rights.