# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| QUIKDINE.COM INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 6:18-CV-03401-MDH |
| DOORDASH INC., | ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 29). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to dismiss this action with prejudice, with each party to bear their own attorney fees and costs.

After review, the Court hereby **DISMISSES WITH PREJUDICE** this case in its entirety, with each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: April 16, 2019

                                             */s/ Douglas Harpool*
                                             **DOUGLAS HARPOOL**
                                             **UNITED STATES DISTRICT JUDGE**